**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7649**

---

ROBERT J. BEAN,

                                        Plaintiff - Appellant,

        versus

RONALD J. ANGELONE; FRED SHILLING, Director,
Health Services Virginia Department of
Corrections; UGWUALE NWAUCHE, Doctor; PAGE
TRUE, Warden, Red Onion State Prison; KATHLEEN
A. DEPONTE, Doctor, at St. Mary's Hospital,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-02-1088-7)

---

Submitted:  December 17, 2003        Decided:  February 10, 2004

---

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert J. Bean, Appellant Pro Se.  Pamela Anne Sargent, Assistant
Attorney General, Richmond, Virginia; Edward Joseph McNelis, III,
John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia;
Heather Helaine Polzin, FLIPPIN, DENSMORE, MORSE & JESSEE, Roanoke,
Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert J. Bean appeals the district court's judgment denying relief on his 42 U.S.C. § 1983 (2000) complaint alleging deliberate indifference to his medical needs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bean v. Angelone, No. CA-02-1088-7 (W.D. Va. Sept. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED